AO-10

Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Furgeson, William R | 2. Court or Organization<br><br>U. S. Dist.Ct., Texas Western | 3. Date of report<br><br>6/1/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active-Article III Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial ● Annual ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>655 E. Durango, Courtroom Four<br><br>San Antonio, TX 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Federal Judges Association |
| 2. | Member, Council | Litigation Section of the State Bar of Texas |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

2005 JUN -7 A 11: 13

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1.    2004 | Self-employed lawyer |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | State Bar of Texas | Austin, TX, Jan. 9 and 10, contract seminar-professional assoc. (hotel, mileage) |
| 2. | State Bar of Texas | Austin, TX, Mar. 5, contract seminar-professional assoc. (mileage) |
| 3. | American Bar Association | New Orleans, LA, Mar. 25 and 26, contract seminar-professional assoc. (meals, hotel, airfare) |
| 4. | State Bar of Texas | Houston, TX, Apr. 15 and 16, contract seminar-professional assoc. (meals, hotel, airfare) |
| 5. | State Bar of Texas | Galveston, TX, Apr. 22 and 23, professoinal assoc. (meals, hotel, airfare) |
| 6. | University of Texas-El Paso | El Paso, TX, Apr. 30, contract seminar-professional assoc. (airfare) |
| 7. | Federal Bar Association, Del Rio Chapter | Del Rio, TX, May 6, contract seminar-professional assoc. (mileage) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | State Bar of Texas | Austin, TX, May 7, professional assoc. (mileage) |
| 9. | Federal Judges Association | Washington, DC, May 15-17, professional assoc. (meals, hotel, airfare) |
| 10. | State Bar of Texas | Dallas, TX, July 31, professional assoc. (airfare) |
| 11. | University of Texas School of Law | Dallas, TX, Sept. 30-Oct. 1, contract seminar-professional assoc. (airfare, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 6/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank Accts.-Judge | | None | J | T | | | | | |
| 2. Oaks Bank Acct. | | None | J | T | Open | 07/05 | J | | |
| 3. Wells Fargo Asset Mgmt. Acct. | A | Interest | J | T | Open | 11/03 | J | | Same as Wells Fargo Inv. |
| 4. USAA Brokerage Svc. Acct. #1-Judge | | | | | | | | | |
| 5. -Growth & Income Fund | A | Dividend | | | Sold | 12/15 | J | | |
| 6. -S&P 500 Index Fund Mem.Shares | A | Dividend | | | Sold | 12/15 | J | | |
| 7. -Tax Exempt Intrmed.-Term Fund | A | Dividend | J | T | Buy | 12/15 | J | | |
| 8. USAA Brokerage Svc. Acct. #2 | | | | | | | | | |
| 9. -Growth & Income Fund | A | Dividend | | | Sold | 12/15 | K | | |
| 10. -High Yield Opp. Fund | A | Dividend | | | Sold | 12/15 | J | | |
| 11. -S&P 500 Index Fund Mem.Shares | A | Dividend | | | Sold | 12/15 | K | | |
| 12. -Tax Exempt Intrmed.-Term Fund | A | Dividend | | | Sold | 12/15 | J | | |
| 13. -Tax Exempt Money Mkt. Fund | A | Dividend | | T | Sold | 12/15 | K | | |
| 14. -Tax Exempt Short-Term Fund | A | Dividend | | | Sold | 12/15 | J | | |
| 15. -Value Fund | A | Dividend | K | T | Sold | 12/15 | K | | |
| 16. USAA Bank-Judge | | None | J | T | | | | | |
| 17. Trust Account #1-Mother | | | | | | | | | |
| 18. -USAA GNMA Trust (misidentified as USAA Delayed Quote-2003) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 6/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |
| 20. -USAA Income Fund | A | Dividend | J | T | | | | | |
| 21. -USAA Intrmed-Term Bond Fund | A | Dividend | K | T | | | | | |
| 22. -USAA Money Market Fund | A | Interest | K | T | | | | | |
| 23. -USAA S&P 500 Ind.Fund Mem.Sh. | A | Dividend | L | T | | | | | |
| 24. -USAA Short-Term Bond Fund | A | Dividend | K | T | | | | | |
| 25. -USAA High Yield Opportunities Fund | A | Dividend | J | T | Buy | 12/30 | J | | |
| 26. Trust Account #2-Mother | | | | | | | | | |
| 27. -USAA GNMA Trust (misidentified as USAA Delayed Quote-2003) | A | Dividend | K | T | | | | | |
| 28. -USAA Growth & Income Fund | A | Dividend | L | T | | | | | |
| 29. -USAA Income Fund | A | Dividend | L | T | | | | | |
| 30. -USAA Intrmed-Term Bond Fund | A | Dividend | M | T | | | | | |
| 31. -USAA Money Market Fund | A | Interest | J | T | Sold | 12/30 | J | | |
| 32. -USAA S&P 500 Ind Fnd Mem.Sh. | A | Dividend | M | T | | | | | |
| 33. -USAA Short-Term Bond Fund | A | Dividend | M | T | | | | | |
| 34. -USAA High Yield Opportunities Fund | A | Dividend | K | T | Buy | 12/30 | K | | |
| 35. Trust Account #3-Mother | | | | | | | | | |
| 36. -Am.Mutual Fund, Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = 500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | ● = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furgeson, William R | 6/1/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 38. -Wash.Mutual Inv. Fund, Inc. | A | Dividend | J | T | | | | | |
| 39. Trust #4 | | | | | | | – | | |
| 40. -Amer.Mutual Fund, Inc. | A | Dividend | J | T | | | | | |
| 41. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 42. -Wash.Mutual Inv.Fund, Inc. | A | Dividend | J | T | | | | | |
| 43. Wells Fargo Special Acct.- | A | Interest | J | T | Open | 01/20 | J | | |
| 44. Law Partnership- | G | Distribution | P1 | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Under Section VII, items listed on lines 3, 9-15, 17-43 are separate property that person reporting took over handling and has no financial interest.

Under Section VII, items listed on lines 3-15 and 17-24 and 26-32 and 35-42 were incorrectly recorded in Column B in the 2003 Report.  Said items should have been recorded under Column B as shown in this 2004 Report.

Under Section VII, the item listed on line 44 should have been listed in the 2003 Report.  The reporting person married his wife in July 2003 and failed to account for her law partnership with ▮▮▮▮▮▮▮ in the 2003 Report, because the person reporting agreed in writing with his wife that her law partnership was her sole and separate property.  Although such was and is the case, the partnership should have nonetheless been reported.  Said partnership includes interests in client files and property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __06/01/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544